**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **MAURICE J. McDONALD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 08-cv-342-GPM |
| | ) | |
| **D. PORTER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on Plaintiff's motion for a copy of the complaint (Doc. 6) and his motion for extension of time (Doc. 7).

In an earlier Order (Doc. 5), Plaintiff was directed to submit his certified account statement as required by 28 U.S.C. § 1915(a)(2). Plaintiff informs that he requested the account statement from prison officials, but he has not yet received it. Now he requests an extension of time, up to and including November 30, 2008, to comply with the Court's Order.

Plaintiff's motion for a copy of the complaint (Doc. 6) is **GRANTED**. The Clerk of Court is **DIRECTED** to mail a copy of the complaint (Doc. 1) to Plaintiff.

Plaintiff's motion for extension of time (Doc. 7) is **GRANTED**. Plaintiff is **ORDERED** to submit a certified copy of his inmate trust fund account statement for the 6-month period preceding the filing of his complaint no later than November 30, 2008. Plaintiff is further **ORDERED** that if he is unable to secure a copy of his account statement from prison officials he shall so notify the Court, in writing, no later than November 30, 2008.

It is further **ORDERED** that if Plaintiff fails either: (1) to submit a copy of his trust fund account statement; or (2) to notify this Court, in writing, that prison officials have failed to supply him a copy of his trust fund account statement, within the time period specified, then this case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: 11/18/08

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge