IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| MAURICE J. McDONALD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 08-342-GPM |
| D. PORTER, *et al.*, | ) | |
| Defendants. | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff **MAURICE J. McDONALD** shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 02/19/09

KEENAN G. CASADY, CLERK

By: s/ Linda M. McGovern
    Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge