IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE J. McDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-342-GPM |
| ) | |
| D. PORTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

**MURPHY, District Judge:**

This matter is before the Court on Plaintiff's motion to transmit the record on appeal (Doc. 23) and his motion "for annex the 7th Circuit transcript information sheet" (Doc. 29). In this case, the Clerk of Court will transmit the record on appeal to the Seventh Circuit Court of Appeals when the Court of Appeals requests that it be sent to it. Therefore, Plaintiff's motion to transmit the record on appeal (Doc. 23) is **DENIED**. Additionally, no hearings were held in this case and, therefore, no transcripts were prepared. Accordingly, Plaintiff's motion "for annex the 7th Circuit transcript information sheet" (Doc. 29) is **DENIED**.

**IT IS SO ORDERED**.

DATED: 03/31/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge